# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,      :   No. 394 MAL 2022
                                   :
             Respondent             :
                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court
             v.                           :
                                     :
AARON LEE FEAZELL, JR.,         :
                                     :
             Petitioner               :

## ORDER

**PER CURIAM**

      **AND NOW**, this 15th day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.